IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HASTING, | 1:06-cv-00824-OWW-TAG-HC |
| Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | |
| J. WOODFORD et al., | ORDER VACATING ORDER OF JULY 31, 2006 (Doc. 8) |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se. On June 19, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 at the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1). On June 27, 2006, Petitioner's case was transferred to the Fresno Division of the United States District Court for the Eastern District of California. (Doc. 3).

On July 31, 2006, the Court ordered Petitioner to submit an application to proceed in forma 8pauperis or pay the $5.00 filing fee. (Doc. 8). On August 14, 2006, Petitioner submitted a letter to the court, providing evidence that he had paid the $5.00 filing fee for this case at the Sacramento Division of this Court. (Doc. 9). On August 15, 2006, the Sacramento Division of this Court confirmed that the filing fee was paid there on June 30, 2006. For this reason, the Court's Order of July 31, 2006 (Doc. 8), should be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The Court acknowledges that Petitioner has paid the $5.00 filing fee for this action, and

///

1

2.  The Court's Order of July 31, 2006, which ordered Petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee (Doc. 8), is VACATED in its entirety.

IT IS SO ORDERED.

Dated:   **August 23, 2006**                                                    **/s/ Theresa A. Goldner**
**j6eb3d**                                                                                  UNITED STATES MAGISTRATE JUDGE