# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HASTING, | 1:06-cv-00824-LJO-TAG HC |
| Petitioner, | ORDER DENYING AS MOOT PETITIONER'S MOTION TO COMPEL |
| v. | (Doc. 7) |
| J. WOODFORD, Director of CDC, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 19, 2006, Petitioner filed his petition in the Sacramento Division of this Court. (Doc. 1).  On June 27, 2006, the case was transferred to the Fresno Division.  (Doc. 3).  On July 10, 2006, Petitioner filed the instant Motion to Compel, seeking an order from the Court compelling the Inmate Trust Office at his prison to produce the necessary forms to permit Petitioner to file an application to proceed in forma pauperis. (Doc. 7).  On August 15, 2006, Petitioner chose to pay the $5.00 filing fee in lieu of filing an application to proceed in forma pauperis, thereby rendering any such application unnecessary.  Because the filing fee is paid and an application to proceed in forma pauperis is no longer required, Petitioner's Motion to Compel, based on his need to obtain documents to complete an application to proceed in forma pauperis, is now moot.

Accordingly, the Court HEREBY ORDERS that Petitioner's Motion to Compel (Doc. 7), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **February 26, 2007**                    **/s/ Theresa A. Goldner**
**j6eb3d**                                                     UNITED STATES MAGISTRATE JUDGE