IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HASTING, | 1:06-cv-0824-LJO-TAG (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
|     vs. | |
| J. WOODFORD, | (DOCUMENT #26) |
|     Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 14, 2008, petitioner filed a motion to extend time to file a traverse.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:  **May 16, 2008**                    /s/ Theresa A. Goldner
                                            UNITED STATES MAGISTRATE JUDGE